Approved: _____
STEVEN J. KOCHEVAR
Assistant United States Attorney

Before: THE HONORABLE JUDITH C. McCARTHY
United States Magistrate Judge
Southern District of New York

- - - - - - - - - - - - - - - - -X

21mj9964

**SEALED COMPLAINT**

UNITED STATES OF AMERICA

- v. -

CHIDIEBELE OKAFOR, a/k/a "Dave,"

Defendant.

Violations of
18 U.S.C. §§ 1344,
1028A, and 2

COUNTY OF OFFENSE:
WESTCHESTER

- - - - - - - - - - - - - - - - -X

SOUTHERN DISTRICT OF NEW YORK, ss.:

CARMEN CACIOPPO, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), and charges as follows:

## COUNT ONE
### (Bank Fraud)

1. From in or about December 2020, up to and including in or about July 2021, in the Southern District of New York and elsewhere, CHIDIEBELE OKAFOR, a/k/a "Dave," the defendant, willfully and knowingly, executed and attempted to execute a scheme and artifice to defraud a financial institution, the deposits of which were then insured by the FDIC, and to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, such financial institution, by means of false and fraudulent pretenses, representations, and promises, to wit, OKAFOR caused to be created a New York corporation that received the proceeds from the submission of a counterfeit check drawn on funds held at a financial institution insured by the FDIC.

(Title 18, United States Code, Sections 1344 and 2.)

## COUNT TWO
### (Aggravated Identity Theft)

2. On or about February 26, 2021, in the Southern District of New York and elsewhere, CHIDIEBELE OKAFOR, a/k/a "Dave," the defendant, knowingly did transfer, possess, and use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to wit, OKAFOR used, transferred, and possessed the name and home equity line of credit account and routing numbers of customers of a bank insured by the FDIC.

(Title 18, United States Code, Sections 1028A and 2.)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

3. I am a Special Agent with the FBI and I have been personally involved in the investigation of this matter. This affidavit is based upon my personal participation in the investigation of this matter, my conversations with law enforcement agents, witnesses, and others, as well as my examination of report and records. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated. Where figures, calculations, and dates are set forth herein, they are approximate, unless stated otherwise.

4. Based on my interviews of a cooperating witness ("CW-1") and my review of text messages and files exchanged between CW-1 and CHIDIEBELE OKAFOR, a/k/a "Dave," the defendant, I have learned the following, among other things:

    a. In or about September 2020, OKAFOR met CW-1 and shortly thereafter, in substance and in part, asked her to establish and assisted her in establishing a New York corporation ("Corporation-1"), representing that OKAFOR was a businessman and would assist her in operating Corporation-1. At OKAFOR's direction, CW-1 established Corporation-1 in New York, using an address in Port Chester, New York, and opened bank accounts in Corporation-1's name (the "Bank Accounts"), including at a bank insured by the FDIC ("Bank-1").

b. After the creation of Corporation-1, OKAFOR brought checks, including the counterfeit check described below at Paragraph 5.a, to CW-1 at her home in Port Chester, NY, and asked her to deposit them into the Bank Accounts. OKAFOR represented to CW-1, in sum and substance, that the checks were proceeds from his businesses. OKAFOR also removed funds from the Bank Accounts by having CW-1 sign checks to be drawn from the Bank Accounts.

5. Based on my review of records from Bank-1, I have learned the following:

a. On or about February 18, 2021, Bank-1 initiated an investigation related to an attempted deposit of a counterfeit check. Bank-1 determined that a check in the amount of $192,000 to be drawn on a home equity line of credit held at Bank-1 by an individual who lives in New Jersey ("Customer-1") was counterfeit. The counterfeit check was dated February 1, 2021, and made out to Corporation-1.

b. Bank-1 also determined that three checks in the amounts of $380,000, $69,800, and $100,000 to be drawn on a home equity line of credit held by an individual who lives in West Harrison, New York ("Customer-2") were counterfeit. The counterfeit check in the amount of $380,000 (the "February 26 Check") was dated February 26, 2021, and made out to Corporation-1. Bank-1 has been unable to recover the funds paid out because of the February 26 Check and has lost $380,000 as a result. Prior to the counterfeit checks, Customer-2's home equity line of credit had no loan balance.

c. Bank-1 also determined that a check in the amount of $408,800 to be drawn on a home equity line of credit held by an individual who lives in Florida ("Customer-3") was counterfeit. The counterfeit check was dated April 8, 2021, and made out to Corporation-1.

d. Bank-1 also determined that a check in the amount of $408,800 to be drawn on a home equity line of credit held by two individuals who live in New Hampshire ("Customer-4 and Customer-5") was counterfeit. The counterfeit check was dated April 8, 2021, and made out to Corporation-1.

6. Based on my review of text messages and files exchanged between CW-1 and CHIDIEBELE OKAFOR, a/k/a "Dave," the defendant, I have learned the following:

a. At approximately 9:31 PM on or about March 1, 2021, OKAFOR sent CW-1 the following message through the WhatsApp messaging service: "There is a payment 380,000 in [a bank] we got from Mr [the name of Customer-2] of west Harrison NY. Incase if the bank call you ok. It's for goods we gonna supply to him Jewelries."

b. Between approximately 9:34 PM and 9:43 PM on or about March 1, 2021, OKAFOR and CW-1 exchanged the following messages through the WhatsApp messaging service:

[CW-1]: My love if they ask me what did I sell to them
[CW-1]: What I had to answer
Dave: Goods
Dave: If they say what goods you say
Jewelry
[Message indicating the sending of a file omitted]
[CW-1]: They usually ask me what time of jewelry
[CW-1]: I mean type
Dave: https://www.leibish.com/rings-jewelry/extraordinary-unheated-blue-sapphire-halo-ring-28734
Dave: 4 blue sapphire halo rings
[CW-1]: Ok
Dave: It's 150k each

c. Between approximately 10:09 AM and 10:21 AM on or April 16, 2021, OKAFOR and CW-1 exchanged the following messages through the WhatsApp messaging service:

Dave: [the name of Customer-3] paid us 408,800 dollars into [a bank ("Bank-2")]
It's for payment for jewelry supply

[the name of Customer-4] also paid 408,800 dollars into [a bank] also for payment for jewelry supplies.
[CW-1]: [Bank-2] we decided never to use
[CW-1]: Why you send there
[CW-1]: Use [Bank-1]
[CW-1]: What happens with the money for the [bank name]?
Why you never ask me before doing something?

d. Based on my training and experience, and participation in this investigation, I believe that the foregoing messages are consistent with OKAFOR providing CW-1 with a false explanation for why certain funds were deposited into the Bank Accounts.

4

7.  Based on my review of records from Bank-1, I know that Customer-2 has stated, in substance and in part, that he has not written any checks to be drawn from his home equity line of credit since it was opened.

WHEREFORE, I respectfully request that a warrant be issued for the arrest of CHIDIEBELE OKAFOR, a/k/a "Dave," the defendant, and that he be arrested and imprisoned or bailed, as the case may be.

_____
CARMEN CACIOPPO
Special Agent
Federal Bureau of Investigation

Sworn before me this
18 th day of October, 2021

_____
THE HONORABLE JUDITH C. McCARTHY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK