**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

September 23, 2022

**BY ECF**

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Chidiebele Okafor*, 22 Cr. 338 (NSR)

**The Govt's request, joined by Defense counsel, to adjourn the telephonic Status Conf. from Sept. 28, 2022 until Oct. 27, 2022 at 1:00 pm is GRANTED. Clerk of Court is requested to terminate the motion at 34.
Dated: White Plains, NY
         Sept. 23, 2022**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Dear Judge Román:

The Government respectfully requests that the Court adjourn the status conference currently scheduled in the above-captioned matter from September 28, 2022, to October 27, 2022, at 1:00 P.M. Both the undersigned and Ben Gold, counsel for defendant Chidiebele Okafor, will on trial before the Honorable Cathy Seibel on September 28, 2022, the current date of the status conference. The requested adjournment will also the parties to continue to discuss a possible pretrial resolution of this case. The defense joins in this application.

The Government also respectfully requests that the Court exclude time under the Speedy Trial Act through October 27, 2022, pursuant to 18 U.S.C. § 3161(h) in the above-captioned matter because the interests of justice outweigh the public's and the defendant's interest in a speedy trial. The requested exclusion will permit the Government to continue to produce discovery, the defense to continue to review discovery, and the parties to continue to discuss a possible pretrial resolution of the above-captioned matter and to appear at any adjourned status conference. Defense counsel consents to this request. A proposed Order is attached.

I thank the Court for its consideration of this submission.

Respectfully submitted,
DAMIAN WILLIAMS
United States Attorney

by: */s/ Steven J. Kochevar*
Steven J. Kochevar
Assistant United States Attorney
(914) 993-1928
steven.kochevar@usdoj.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/2022

cc: Ben Gold (by ECF)